

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Johnnie Garrett

                                 **Plaintiff,**

                              V.

People of Illinois, State; Ms. Rocsi Diaz; Police Officers; Correctional Officers; Public Defender; Warden; State Attorney; Judge

                                **Defendant.**

**Civil Action No.**    17cv1277-LAB-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court:
1) denies Plaintiff's Motion to Proceed IFP (ECF No. 2) as barred by 28 U.S.C. § 1915(g);
2) dismisses this action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a), and for lack of proper venue pursuant to 28 U.S.C. § 1391(b) and § 1406(a);
3) certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date:     9/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Fincher

                                                         L. Fincher, Deputy